**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Russell E. Kauffman | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-12041elf |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 4/1/2019, this case is hereby DISMISSED.

**Date: April 23, 2019**

ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

    Certification Concerning Credit Counseling and/or
    Certificate of Credit Counseling
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly
    Income and Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2 - If Applicable
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)