United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-12041-elf
Russell E. Kauffman                                            Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: YvetteWD          Page 1 of 1        Date Rcvd: Apr 23, 2019
                            Form ID: pdf900         Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
```
db              +Russell E. Kauffman,    12120 Sweet Briar Road,   Philadelphia, PA 19154-1714
14299138        +Carrington Mortgage Services, LLC,    P.O. Box 5001,   Westfield IN 46074-5001
14299139        +Deutche Bank,   60 Wall Street,   New York NY 10005-2858
14299140        +KML Law Group, P.C.,    701 Market Street,   Suite 5000,   Philadelphia PA 19106-1541
14309256        +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,   FORT WORTH, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Apr 24 2019 02:13:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 24 2019 02:12:46
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 24 2019 02:13:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14302644         Carrington Mortgage Services, LLC,   c/o Rebecca A Solarz, Esquire,
                 701 Market Street, Suite 5000
14299137*       +Russell E. Kauffman,    12120 Sweet Briar Road,   Philadelphia PA 19154-1714
                                                                     TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
```
           REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
            Trustee, for New Century Home Equity Loan Trust 2005-2 bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                      TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                              :      Chapter   13

                                                   :

Russell E. Kauffman                                :

                                                   :

          Debtor                                   :      Bankruptcy No. 19-12041elf


ORDER


          AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 4/1/2019, this case

is hereby DISMISSED.


**Date: April 23, 2019**

                                    _____
                                    ERIC L. FRANK
                                    United States Bankruptcy Judge



Missing Documents:
                          Certification Concerning Credit Counseling and/or
                          Certificate of Credit Counseling
                          Chapter 13 Plan
                          Chapter 13 Statement of Your Current Monthly
                          Income and Calculation of Commitment Period Form 122C-1
                          Means Test Calculation Form 122C-2 - If Applicable
                          Schedules AB-J
                          Statement of Financial Affairs
                          Summary of Assets and Liabilities Form B106


bfmisdoc elf (1/22/15)